JOSEPH E. BUCKLEY, JR. v. TRENTON SAVINGS FUND SOCIETY.

June 23, 1987.

Cross petition for certification granted. (See 216 *N.J.Super.* 705)

LEE R. BOYD v. PUBLIC SERVICE ELECTRIC
& GAS COMPANY.

June 23, 1987.

Petition for certification denied.

WILLIAM PERICH, ET AL. v. UDC CORPORATION, ETC., ET AL.

June 23, 1987.

Petition for certification denied.